UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

EDWARD PARKE,

                  Plaintiff,

-against-

ALAN JACOBY, ET AL.

                  Defendants,

No.: 16-cv-05636

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, EDWARD PARKE, and their counsel hereby give notice that plaintiff voluntarily dismisses its claim against the defendants without prejudice.

Dated: January 9, 2017
       Commack, New York

_____
Michael J. Alber, Esq.
The Law Offices of Michael J. Alber, P.C.
5036 Jericho Turnpike, Suite 305
Commack, New York 11725
(631) 462-6900
*Attorneys for Plaintiff*

SO ORDERED:

Dated:  Central Islip, New York
         January   , 2017

_____
HONORABLE JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE, E.D.N.Y